UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21929-CIV-GOLD/WHITE

HENRY LEUNNE,

      Petitioner,

v.

WALTER A. MCNEIL,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS, CLOSING CASE

THIS CAUSE is before the Court upon U.S. Magistrate Judge Patrick A. White's Report and Recommendations [DE 3], entered July 23, 2009. The Report recommends that the Petition for Writ of Habeas Corpus [DE 1] be denied on the basis that authorization from the Eleventh Circuit Court of Appeals to file a successive petition, as required by 28 U.S.C. §2244(b)(3)(A), has not been obtained. No objections to the Report have been filed. Having reviewed the record and applicable law, it is hereby

ORDERED AND ADJUDGED that

1.     The Report and Recommendations [DE 3] is ADOPTED.

2.     The Petition for Writ of Habeas Corpus [DE 1] is DENIED.

3.     This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _15_ day of September, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel and parties of record
U.S. Magistrate Judge Patrick A. White